IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-40007
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

FLORENCIO URIBE-RAMOS,

Defendant-Appellant.

----------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. M-97-CR-196-1
----------
August 7, 1998

Before EMILIO M. GARZA, DEMOSS, and BENAVIDES, Circuit Judges.

Per Curiam*

    Court-appointed counsel for Florencio Uribe-Ramos has filed a motion to withdraw and a brief as required by Anders v. California, 386 U.S. 738 (1967). Uribe-Ramos has not responded.

    Our independent review of the brief and record discloses no nonfrivolous issue. Accordingly, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. See 5TH CIR. R. 42.2.

_____

    * Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.